UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  2:22cv03883 CAS (PDx)  Date: December 31, 2025

Title  U.S.A. ex rel. ALFRED HUTCHINGS AND JESSE HOUGHTON; ET AL. v. HARBOR INDUSTRIAL SERVICES CORPORATION; ET AL.

Present: The Honorable:  CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) – ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **January 21, 2026**, why this action should not be dismissed for lack of prosecution as to defendants**.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a proof of service of summons and complaint on **defendants HARBOR INDUSTRIAL SERVICES CORPORATION; INNOVATIVE TERMINAL SERVICE; MARINE TECHNICAL SERVICES, INC.; INNOVATIVE ENGINEERING AND MAINTENANCE; OCEAN TERMINAL SERVICE, INC.; WILLIAM MICHAEL HAWKE; DIANNE MARIE HAWKE;** and **NICHOLAS TONSICH** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |