Julian Burns King (Bar No. 298617)
julian@kingsiegel.com
Elliot J. Siegel (Bar No. 286798)
elliot@kingsiegel.com
Robert J. King (Bar No. 302545)
Robert@kingsiegel.com
**KING & SIEGEL LLP**
724 S. Spring Street, Ste. 201
Los Angeles, CA 90014
tel:      (213) 465-4802
fax:     (213) 465-4803

Attorneys for Plaintiffs
Al Hutchings & Jesse Houghton

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America, ex. rel., Alfred Hutchings**, and **Jesse Houghton**,<br><br>           Plaintiffs,<br><br>vs.<br><br>**Harbor Industrial Services Corporation**, a California corporation; **Innovative Terminal Service**, a California corporation; **Marine Technical Services, Inc.**, a California corporation; **Innovative Engineering and Maintenance,** a California corporation; and **Ocean Terminal Services, Inc., William Michael Hawke,** an individual, **Dianne Marie Hawke,** an individual, **and Nicholas Tonsich,** an individual,<br><br>           Defendants. | CASE NO. LACV22-3883-CAS-PDX<br><br>**REQUEST FOR VOLUNTARY DISMISSAL** |

1
REQUEST FOR DISMISSAL

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Alfred Hutchings and Jesse Houghton and Defendants Harbor Industrial Services Corporation, et al., by and through their counsel of record, hereby give and request that the action be dismissed, without prejudice, in its entirety.

Dated: January 8, 2026

Respectfully submitted,

**KING & SIEGEL LLP**

By: *Robert J. King*
Julian Burns King
Elliot J. Siegel
Robert J. King
Attorneys for Relators